COURT OF APPEALS

                                       SECOND DISTRICT OF TEXAS

                                                   FORT WORTH 

 

                                        NO.
2-09-058-CV

 

VICTOR MELTZER, M.D.                                                       APPELLANT

 

                                                   V.

 

JUDITH MACDONALD,                                                          APPELLEES

INDIVIDUALLY AND AS 

REPRESENTATIVE OF THE 

ESTATE OF WALTER MACDONALD, 

STEPHANIE L. MACDONALD, 

THOMAS W. MACDONALD, 

TREVOR A. MACDONALD, 

AND WAYNE J. MACDONALD                                                               

                                                                                                        

                                               ----------

           FROM THE 153RD DISTRICT COURT OF
TARRANT COUNTY

                                               ----------

                 MEMORANDUM
OPINION[1] AND
JUDGMENT

                                               ----------

We have
considered appellant=s unopposed AMotion
For Dismissal.@ 
It is the court=s opinion that the motion should
be granted; therefore, we dismiss the appeal. 
See Tex. R. App. P. 42.1(a)(1), 43.2(f).








Costs of
the appeal shall be paid by appellant, for which let execution issue.  See Tex. R. App. P. 42.1(d).

PER
CURIAM

PANEL:  WALKER, DAUPHINOT, and
GARDNER, JJ.

 

DELIVERED:  March 4, 2010











[1]See Tex. R. App. P. 47.4.